MARCH 3, 1846.

*Stephen Tripp* v. *Owen Vincent et al.* W. A. YOUNG, for appellants; TABER & BIRDSEYE, for respondent. In this case the chancellor decided that although the release of a debt which is secured by a mortgage may discharge the lien of the mortgage upon the land, yet that where the debt is secured by a mortgage upon the land, as well as by the personal security of the mortgagor, the debt still exists as a valid claim against the land, although the creditor consents to discharge the personal liability of his debtor and to look to the land upon which the debt is a lien, for the payment thereof. That whether the debt itself was intended to be discharged, or the personal liability of the debtor only, is, in such cases, a question of fact arising from circumstances, or upon the construction of the instrument which is claimed to be a discharge of the debt.

*Effect of releasing a debt secured by a mortgage.*

*Effect of discharging personal liability of mortgagor.*

Decree appealed from affirmed with costs.